The People *v*. Rockwell.

THE PEOPLE OF THE STATE OF ILLINOIS, *ex relatione* JESSE B. THOMAS, a Commissioner of the Board of Public Works, *v.* DENNIS ROCKWELL, Clerk of the Circuit Court of Morgan County.

*Motion for a Mandamus.*

A clerk is not bound to deliver an exemplification of the records of the Court of which he is clerk, until his fees for making the exemplification are paid.

In civil causes, clerks of courts are entitled to the same fees when they render services for the State, that they would be if the services were performed for private persons.

The following stipulation was filed by the attorneys of the respective parties :

" Supreme Court of the State of Illinois.

" State of Illinois *v*. Burton.

" Same *v*. Weatherbee.

" Same *v*. Blodgett.

" Same *v*. Million.

" It is hereby agreed between S. A. Douglass, who appears on behalf of the State, and William Brown, on the part of the said clerk, that the following is a true statement of the facts upon which this motion is predicated ; and the opinion of the Court is solicited upon the law thereon.

" These cases were instituted to assess damages and obtain the right of way, under the law establishing the Internal Improvement System. The Commissioner for the first judicial circuit, Jesse B. Thomas, Esq., prayed and obtained an appeal to this Court, and directed the clerk of the Morgan Circuit Court, where the cases were pending, to make out the records of the proceedings of the Court below, which the said clerk has accordingly done, and placed the same in the hands of J. J. Hardin, Esq., as his agent, to deliver the said records to the agent of the State, upon the payment to the agent of said clerk, his fees thereon.

" The agent of the State denies that according to the laws of this State, the State is bound to pay costs, and insists that the said clerk is bound to furnish the said records without the payment of costs or fees ; and, on the contrary, the clerk insists that he is entitled to his fees for making out a copy of the records, before the delivery of said records.

" Upon this state of facts, the parties aforesaid submit the question to the Court, whether the said clerk is or is not bound to deliver said records without previous payment of fees thereon.

" Upon this statement of facts, the State of Illinois asks a *mandamus* against Dennis Rockwell, the clerk of the Circuit Court of Morgan county, commanding him to deliver over to the agent

or attorney for the State, the copies of the records in the afore-
said causes.                                    S. A. DOUGLASS,
                                                WM. BROWN."

*Per Curiam :* The motion is denied.    The clerks of the Cir-
cuit Courts are not bound to perform services for the State, in civil
causes, without compensation.    They are entitled to the same fees
that they would be entitled to receive from private persons.    A
clerk is not bound to deliver an exemplification of the records of
the Court of which he is clerk, until his fees are paid for making
the exemplification.
     *Motion denied.*